UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HERBERT M. ADAMS, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:23-cv-00107-GZS |
| | ) |
| WASHINGTON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 3, 2023, the Magistrate Judge issued his Order to Show Cause (ECF No. 4) setting a deadline of April 18, 2023, for Plaintiff to show why he had not yet notified the Court as to whether he intended to proceed with this litigation and pay the assessed filing fee. See ECF No. 3. Thereafter, on April 18, 2023, the docket was updated to reflect that the Court's April 3rd mailing to Plaintiff at the Washington County Jail had been returned as undeliverable. See ECF No. 5. On May 3, 2023, the Magistrate Judge issued his Recommended Decision (ECF No. 6), which recommended that this case be dismissed for Plaintiff's failure to respond to the earlier Order to Show Cause. The Recommended Decision also was mailed to the Washington County Jail and thereafter returned to the Court as undeliverable. See ECF No. 7.

Upon the Court's de novo review of the underlying pro se Complaint (ECF No. 1), the Court notes that Plaintiff provided an alternative mailing address: 74 Hines Street, Washburn, ME 04786. See ECF No. 1, PageID #s 2-3. The Court hereby RESERVES RULING on the Recommended Decision and directs the Clerk's Office to mail copies of this Order and all prior orders (ECF Nos. 3, 4 & 6) to this alternative mailing address. Plaintiff's deadline for filing any objections to the Recommended Decision (ECF No. 6) is hereby extended to June 16, 2023.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 5th day of June, 2023.